**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**
**COURT FILE NO.: 01-CV-935 DSD/SRN**

---

Daniel Gbogar,

Plaintiff,

v.

Richard L. Muske, Esq.,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The Plaintiff, by his undersigned attorney, and Defendant, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against Defendant may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

**ATTORNEY FOR PLAINTIFF**

By:________________
Thomas J. Lyons, Jr.
Attorney I.D. #249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

Dated: 6/13/02

**DEFENDANT**

By:________________
Richard L. Muske
Defendant
Attorney I.D. #: 160453
700 Saint Paul Building
Six West Fifth Street
St. Paul, Minnesota 55102
(651) 297-6400

Dated: 6/17/02



FILED 6-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendant are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

BY THE COURT:

Dated: 6/21/02

Judge David S. Doty
United States District Court